# United States District Court
## District of Utah



**D. Mark Jones**  
Clerk of Court

**Anne S. Morgan**  
Chief Deputy Clerk

October 13, 2021

Paul J. Reilly  
David Tobin  
Susan Kennedy  
Baker Botts L.L.P.  
2001 Ross Avenue, Suite 900  
Dallas, TX 75201-2980

—

Re:    Cricut v. Enough For Everyone et al  
       2:21-cv-00601-DBB  
       Counsel for: Plaintiff

Dear Counsel:

The above referenced case has been opened in the District of Utah. You must be admitted *pro hac vice* in order to appear in this court.

To move for pro hac vice admission, you must be associated with local counsel. Local counsel must file the motion for admission pro hac vice, with the application and proposed order and pay the admission fee on your behalf. You will not be added to the case to receive notice until the order of the court has been granted and docketed.

Immediately after local counsel files the motion, you must register for electronic filing and noticing. Registration can be done online at [www.pacer.gov](www.pacer.gov). Detailed instructions for registering are available on the [court's website](court's website).

Detailed instructions, the form motion for pro hac vice admission, application form, and a proposed order are available on the court's website, [https://www.utd.uscourts.gov/attorney-admissions](https://www.utd.uscourts.gov/attorney-admissions).

You may contact the attorney registration clerk at 801-524-6100 with any questions.

Sincerely,  
D. Mark Jones, Clerk

By: *Noemi Torres*  
Deputy Clerk Noemi Torres

Orrin G. Hatch United States Courthouse • 351 S. West Temple, Rm 1.100, Salt Lake City, UT 84101 • (801) 524-6100 • [www.utd.uscourts.gov](www.utd.uscourts.gov)