Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
Sarah A. Hafen (16466)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
mlalli@swlaw.com
jjstewart@swlaw.com
sahafen@swlaw.com

Paul. J. Reilly (pro hac vice pending)
David Tobin (pro hac vice pending)
Susan Kennedy (pro hac vice pending)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6869
Facsimile: (214) 661-4869
Paul.Reilly@BakerBotts.com
David.Tobin@BakerBotts.com
Susan.Kennedy@BakerBotts.com

*Attorneys for Plaintiff Cricut, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A AND B TO THE COMPLAINT**<br><br>Case No. 2:21-cv-00601-DBB<br><br>Judge David Barlow |

Pursuant to DUCivR 5-3, Plaintiff Cricut, Inc. ("Cricut") through counsel, hereby moves

this Court for an order granting Cricut leave to file Exhibits A and B to Cricut's Complaint under seal.

## RELIEF SOUGHT AND SPECIFIC GROUNDS THEREFORE

Cricut initiated this action against Enough for Everyone, Inc. and Desirée Tanner ("Defendants") by filing its Complaint, attached to which are two exhibits—Exhibits A and B—which contain highly sensitive trade secrets and confidential information pertaining to Cricut's and Defendants' business operations, and Cricut moves the Court to seal Exhibits A and B to the Complaint.

## ARGUMENT

By this motion, Cricut seeks to file as sealed Exhibits A and B to its Complaint. Pursuant to [DUCivR 5-3(a)](#), "[o]n motion of a party and a showing of good cause, a judge may order that a Document be sealed." The sealing of documents, including exhibits, is discouraged "unless a document contains privileged information, is protectable as a trade secret, or is otherwise protectable under the law." *[IBC Advanced Techs., Inc. v. Ucore Rare Metals, Inc.](#)*, 2:19-cv-222, 2019 WL 2502936, 2019 U.S. Dist. LEXIS 101776 at *3 (D. Utah June 17, 2019). This Court has consistently sealed exhibits which constitute trade secrets. *See, e.g.*, *[Clearone Communs., Inc. v. Chiang](#)*, 2:07-cv-037, 2011 WL 2414396, 2011 U.S. Dist. LEXIS 63125 at * 6 (D. Utah June 13, 2011) ("Many of the documents in this case are sealed for 'compelling reasons' because they contain protected, proprietary or trade secret information."); *[Adams v. Gateway, Inc.](#)*, 2:02-cv-106, 2003 WL 23787856, 2003 U.S. Dist. LEXIS 28559 at *7 (D. Utah Dec. 30, 2003) ("Almost all materials submitted by both parties on this issue have been sealed because of the trade secrets involved.").

Cricut seeks to place under seal Exhibits A and B as they contain privileged and confidential information and constitute protectable information under the law. Exhibits A and B are contracts between Cricut and Defendants, which contracts contain strict confidentiality

provisions in which Cricut and Defendants agreed that the contents of the contracts are and should remain confidential. *See* Exhibit A §§ 1.7, 7.1, 8.6; Exhibit B §§ 6.1, 6.3. The confidentiality provisions were agreed to, and confidentiality remains important, because the two contracts contain sensitive business information and trade secrets relating to such things as intellectual property, product development, and the sale of products, which information Cricut—and, presumably Defendants—have maintained in confidentiality to protect Cricut's business and interests. Pursuant to [DUCivR 5-3(b)(1)](), Cricut separately has filed redacted copies of Exhibits A and B with the Court.

## **CONCLUSION**

Based on the foregoing, Cricut respectfully requests that the Court enter an Order permanently sealing Exhibits A and B to the Complaint.

DATED this 13th day of October, 2021.

    SNELL & WILMER, L.L.P.

    */s/ Jeremy J. Stewart*
    Matthew L. Lalli
    Jeremy J. Stewart
    Sarah A. Hafen

    BAKER BOTTS L.L.P.
    Paul J. Reilly (pro hac vice pending)
    David Tobin (pro hac vice pending)
    Susan Kennedy (pro hac vice pending)

    *Attorneys for Cricut, Inc.*

4846-3046-7327