Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
Sarah A. Hafen (16466)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
mlalli@swlaw.com
jjstewart@swlaw.com
sahafen@swlaw.com

Paul. J. Reilly (pro hac vice pending)
David Tobin (pro hac vice pending)
Susan Kennedy (pro hac vice pending)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6869
Facsimile: (214) 661-4869
Paul.Reilly@BakerBotts.com
David.Tobin@BakerBotts.com
Susan.Kennedy@BakerBotts.com

*Attorneys for Plaintiff Cricut, Inc.*

---

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRICUT, INC., a Delaware corporation, | **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A & B TO THE COMPLAINT** |
| Plaintiff, | |
| v. | Case No. 2:21-cv-00601-DBB |
| ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual, | Judge David Barlow |
| Defendants. | |

Based on Plaintiff Cricut, Inc.'s Motion for Leave to File Under Seal Exhibits A and B to its Complaint, and for good cause appearing, the Court hereby GRANTS the Motion. Exhibits A and B will remain under seal until further order by the Court.

DATED this _____ day of October, 2021.

BY THE COURT:

_____
Honorable David Barlow

4828-9409-0495