Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
Sarah A. Hafen (16466)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
mlalli@swlaw.com
jjstewart@swlaw.com
sahafen@swlaw.com

*Attorneys for Plaintiff Cricut, Inc.*

# UNITED STATED DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRICUT, INC., A Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>Defendants. | **MOTION FOR PRO HAC VICE ADMISSION OF DAVID TOBIN AND CONSENT OF LOCAL COUNSEL**<br><br>Case No. 2:21-cv-00601-DBB<br><br>Judge David Barlow |

Pursuant to DUCiv 83-1.1(d), I move for the admission of David Tobin, of Baker Botts L.L.P., as *pro hac vice* counsel for Plaintiff Cricut, Inc. and consent to serve as local counsel. The application for *pro hac vice* admission and a proposed order are attached as Exhibits A and B, and the admission fee has been paid to the Court with the filing of this motion.

4844-0314-3422

DATED this 13th day of October, 2021.

                                            SNELL & WILMER, LLP

                                            */s/ Jeremy J. Stewart*
                                            Matthew L. Lalli
                                            Jeremy J. Stewart
                                            Sarah A. Hafen

                                            *Attorneys for Cricut, Inc.*