# EXHIBIT B

Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
Sarah A. Hafen (16466)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
mlalli@swlaw.com
jjstewart@swlaw.com
sahafen@swlaw.com

*Attorneys for Plaintiff Cricut, Inc.*

# UNITED STATED DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRICUT, INC., A Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>Defendants. | **ORDER FOR PRO HAC VICE ADMISSION OF DAVID TOBIN**<br><br>Case No. 2:21-cv-00601-DBB<br><br>Judge David Barlow |

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of DUCiv R 83-1.1(d), the motion for the admission *pro hac vice* of David Tobin, of Baker Botts L.L.P., in the United States District Court, District of Utah in the subject case is GRANTED.

Dated this _____ day of October, 2021.

_____
Honorable David Barlow
United States District Court Judge

4840-7218-6622