# EXHIBIT A



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jeremy J. Stewart |
| Firm: | Snell & Wilmer L.L.P. |
| Address: | 15 West South Temple, Suite 1200 |
| | Salt Lake City, Utah 84101-1004 |
| Telephone: | (801) 257-1900 |
| Email: | jjstewart@swlaw.com |
| | |
| Pro Hac Vice Applicant: | Susan Cannon Kennedy |
| Firm: | Baker Botts L.L.P. |
| Address: | 2001 Ross Avenue, Suite 900 |
| | Dallas, Texas 75201-2980 |
| Telephone: | (214) 953-6747 |
| Email: | susan.kennedy@bakerbotts.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Texas | 24051663 | November 2, 2007 |
| | | |
| | | |
| | | |
| | | |

1

| | | |
|---|---|---|
| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|---|
|  |

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_Susan Kennedy_
Signature

October 12, 2021
Date

2