# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>Defendants. | **ORDER DENYING [6] MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A and B TO THE COMPLAINT**<br><br>Case No. 2:21-cv-00601-DBB<br><br>Judge David Barlow |

Plaintiff Cricut, Inc. (Cricut), has moved for leave[1] to file Exhibits A and B to its Complaint[2] under seal. Under DUCivR 5-3(b)(1), a party must file proposed sealed documents contemporaneously with its motion for leave to seal and must highlight "the specific information that is sought to be sealed" in those documents. Because Cricut has not complied with these requirements, its Motion for Leave to File Under Seal Exhibits A and B to its Complaint is DENIED.

DATED this 14th day of October 2021.

BY THE COURT

David Barlow
United States District Judge

---

1 ECF No. 6.

2 ECF No. 2.