# THE UNITED STATED DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>Defendants. | **ORDER GRANTING [7] MOTION FOR PRO HAC VICE ADMISSION OF DAVID TOBIN**<br><br>Case No. 2:21-cv-00601-DBB<br><br>District Judge David Barlow |

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of DUCiv R 83-1.1(d), the motion for the admission *pro hac vice* of David Tobin,[1] of Baker Botts L.L.P., in the United States District Court, District of Utah in the subject case is GRANTED.

Dated this 14th day of October 2021.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 7.