# THE UNITED STATED DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>Defendants. | **ORDER GRANTING [8] MOTION FOR PRO HAC VICE ADMISSION OF SUSAN KENNEDY**<br><br>Case No. 2:21-cv-00601-DBB<br><br>District Judge David Barlow |

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of DUCiv R 83-1.1(d), the motion for the admission *pro hac vice* of Susan Kennedy,[1] of Baker Botts L.L.P., in the United States District Court, District of Utah in the subject case is GRANTED.

Dated this 14th day of October 2021.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 8.