Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
Sarah A. Hafen (16466)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
mlalli@swlaw.com
jjstewart@swlaw.com
sahafen@swlaw.com

Paul. J. Reilly (*Admitted Pro Hac Vice*)
David Tobin (*Admitted Pro Hac Vice*)
Susan Kennedy (*pro hac vice pending*)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6869
Facsimile: (214) 661-4869
Paul.Reilly@BakerBotts.com
David.Tobin@BakerBotts.com
Susan.Kennedy@BakerBotts.com

*Attorneys for Plaintiff Cricut, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CRICUT, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual, <br><br> Defendants. | **EXHIBITS A AND B** <br> **TO THE COMPLAINT** <br><br> Case No. 2:21-cv-00601-DBB <br><br> Judge David Barlow |