**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>    Defendants. | **ORDER FOR PRO HAC VICE ADMISSION OF PAUL J. REILLY**<br><br><br>Case No. 2:21-cv-00601-DBB<br><br>Judge David Barlow |

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of DUCiv R 83-1.1(d), the motion for the admission *pro hac vice* of Paul J. Reilly, of Baker Botts L.L.P., in the United States District Court, District of Utah in the subject case is GRANTED.

Dated this 20th day of October 2021.

_____
David Barlow
United States District Court Judge