## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CRICUT, INC., A Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>Defendants. | **ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Case No. 2:21-cv-00601-DBB<br><br>District Judge David Barlow |

This matter comes before the Court on Plaintiff Cricut Inc.'s (Cricut) Motion for Extension of Time to Respond to Defendants' Motion to Transfer Venue.[1] Cricut's current deadline to file a response is January 14, 2022, and Cricut now asks the court to extend the deadline by three weeks, until February 4, 2022. Defendants oppose the motion on the grounds that Cricut has already been given more than sufficient time to file a response, some of the attorneys representing Cricut do not have conflicts, and an extension will increase the harm Defendants suffer due to Cricut's failure to honor the agreements at issue in this case.[2]

Having considered the parties' arguments, the court finds good cause to grant Cricut an extension of time to file a response. However, the court does not find good cause to give Cricut the full three-week extension it requests. Therefore, it is ORDERED that Cricut is granted an extension of time until January 28, 2022, to file its response to Defendants' Motion to Transfer Venue.

DATED this 4th day of January, 2022

BY THE COURT:

_____
Judge David Barlow

---

[1] ECF No. 26.
[2] ECF No. 27.