BROWN RUDNICK LLP
RONALD RUS (California Bar No. 67369; admitted *pro hac vice*)
rrus@brownrudnick.com
LEO J. PRESIADO (California Bar No. 166721; admitted *pro hac vice*)
lpresiado@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

MASCHOFF BRENNAN GILMORE & ISRAELSEN, PLLC
STERLING A. BRENNAN (Utah Bar No. 10060; California Bar No. 1260019)
sbrennan@mabr.com
L. REX SEARS (Utah Bar No. 8548; California Bar No. 294533)
lsears@mabr.com
111 South Main Street
Suite 600
Salt Lake City, UT 84111
Telephone:    (801) 297-1851
Facsimile:    (801) 252-1360

*Attorneys for Defendants Enough For Everyone, Inc. and Desiree Tanner*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| CRICUT, INC., a Delaware corporation, | Case No. 2:21-cv-00601-TS-DAO |
|---|---|
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS POST-PATENT ROYALTY CLAIMS** |
| v. | |
| ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIREE TANNER, an individual, | [Fed. R. Civ. P. 12(b)(6)] |
| | District Judge:      Ted Stewart |
| Defendants. | Magistrate Judge:  Daphne N. Oberg |

1

1372538 v1-iManDB-902902/0002

Pursuant to Federal Rule of Evidence 201, Defendants Enough for Everyone, Inc. ("EFE") and Desiree Tanner ("Ms. Tanner" and collectively with EFE, "Defendants"), respectfully request that, in connection with Defendants' Motion to Dismiss, the Court take judicial notice of the following:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Complaint, *Enough for Everyone, Inc. v Provo Craft & Novelty, Inc.*, Case No. SACV 11-1161 DOC (MLGx), filed August 2, 2011. |
| 2 | Special Master's Report and Recommendation pursuant to FRCP 53 for prior litigation between Plaintiff Cricut, Inc ("Cricut" f/k/a Provo Craft & Novelty, Inc.) and Defendants, Case No. SACV 11-1161 DOC (MLGx), prepared on August 21, 2012 (the "Special Master's Report") |
| 3 | Order Granting Plaintiff's Motion to Adopt Special Master's Report & Recommendation and For Entry of Judgment, Case No. SACV 11-1161 DOC (MLGx), dated October 16, 2012. |
| 4 | Judgment entered in *Enough for Everyone, Inc., a California corporation v. Provo Craft & Novelty, Inc., a Utah Corporation, et al..*, Case No. SACV-11-01161-DOC (MLGx), dated December 5, 2012. |

Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as those that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice may also be taken of official acts of the legislative, executive, or judicial branch of the United States government, including court records. Rule 201(d) provides that the court "may take judicial notice at any stage of the proceeding." Under Rule 201(c), a court "must take judicial notice if a party requests it and the court is supplied with the necessary information."

Courts may take judicial notice of court documents from another court if the documents have a direct relation to the matters at issue. *See e.g., U.S. v. Ahidley*, 486 F.3d 1184, 1192 n.5 (10th Cir. 2007) (stating that courts have "discretion to take judicial notice of publicly-filed

1372538 v1-iManDB-902902/0002

records in our court and certain other courts concerning matters that bear directly upon the disposition of the case at hand.")

The documents listed above bear directly on the current litigation, specifically as to whether Plaintiff owes EFE royalty payments under the terms of the Agreement. These issues were previously adjudicated in the parties' prior litigation, and as such, the court documents reflecting that adjudication are directly relevant to these proceedings.

For the foregoing reasons, the above documents may be considered by the Court in ruling on Defendants' Motion to Dismiss. Defendants therefore respectfully request that the Court grant this Request for Judicial Notice.

DATED: March 30, 2022                  Respectfully submitted,

                                       BROWN RUDNICK LLP
                                       Ronald Rus
                                       Leo J. Presiado

                                       MASCHOFF BRENNAN GILMORE & ISRALSEN
                                       Sterling A. Brennan
                                       L. Rex Sears

                                       By: *Sterling A. Brennan*
                                           Sterling A. Brennan
                                       Attorneys for Defendants ENOUGH FOR
                                       EVERYONE, INC. and DESIREE TANNER

3