IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENOUGH FOR EVERYONE, INC., a Nevada corporation, and DESIRÉE TANNER, an individual,<br><br>Defendants. | ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES FOR *DAUBERT* MOTIONS<br><br>Case No. 2:21-cv-00601-TS-DAO<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

This matter is before the Court on Defendants' Motion for Leave to File Excess Pages (Docket No. 213). DUCivR 7-1(a)(6) requires the filing party to include a statement of good cause to justify the need to exceed the page or word-count limitations. Defendants assert that two additional pages are needed to address the scope of testimony by Plaintiff's expert witnesses.[1] The Court finds that Defendants' statement has failed to demonstrate good cause to justify excess pages. It is therefore

ORDERED that Defendants' Motion for Leave to File Excess Pages for *Daubert* Motions (Docket No. 213) is DENIED.

DATED this 15th day of November, 2023.

BY THE COURT:

Ted Stewart
United States District Judge

---

[1] Docket No. 213, at 1.