0

# United States District Court

District of Utah

CRICUT, INC., a Delaware corporation,

<div style="margin-left:2em">Plaintiff</div>

<div style="margin-left:2em">v.</div>

ENOUGH FOR EVERYONE, INC.,
a Nevada corporation, and DESIREE
TANNER, an individual

<div style="margin-left:2em">Defendants</div>

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-CV-601-TS-DAO

IT IS ORDERED AND ADJUDGED

the issues having been tried by the Honorable Ted Stewart without a jury, declaratory judgment is entered in favor of Plaintiff, with no damages to be awarded to either party.

February 13, 2026

*Date*

BY THE COURT:

TED STEWART
United States District Judge